# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MELVIN GENE TUCKER II,<br><br>    *Plaintiff*,<br><br> v.<br><br>MICHIGAN STATE UNIVERSITY, TERESA K. WOODRUFF, ALAN HALLER, and BRIAN QUINN, each as an employee and member of the Administration of Michigan State University sued in their individual capacities jointly and severally; DIANNE BYRUM, DAN KELLY, SANDY PIERCE, KELLY TEBAY, DENNIS DENNO, RENEE KNAKE JEFFERSON, BRIANNA T. SCOTT, and REMA VASSAR, each a member of the BOARD OF TRUSTEES of Michigan State University, sued in their individual capacities, jointly and severally,<br><br>    *Defendants*. | Case No. 1:24-cv-00795<br><br>Hon. Paul L. Maloney,<br>U.S. District Judge<br><br>Hon. Phillip J. Green,<br>U.S. Magistrate Judge<br><br>**Oral Argument Requested** |

## DEFENDANTS' MOTION TO DISMISS

Defendants Board of Trustees of Michigan State University (incorrectly named "Michigan State University" in the Complaint), Teresa K. Woodruff, Alan Haller, Brian Quinn, Dianne Byrum, Dan Kelly, Sandy Pierce, Kelly Tebay, Dennis Denno, Renee Knake Jefferson, Brianna T. Scott, and Rema Vassar (collectively, the "Defendants"), by their undersigned attorneys, move this Court for an Order

dismissing Plaintiff's Complaint with prejudice as to all counts against them pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim for relief.  In support of this motion, Defendants rely upon the accompanying brief in support and the documents attached as exhibits to Plaintiff's Complaint.

WHEREFORE, Defendants respectively ask this Court to dismiss Plaintiff's Complaint with prejudice and grant any other relief as may be just and appropriate.

Dated:       October 23, 2024                    Respectfully submitted,

*/s/ Terri L. Chase*
Terri L. Chase
JONES DAY
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL  33131
(305) 714-9700
tlchase@jonesday.com

Andrew J. Clopton (P80315)
JONES DAY
150 W. Jefferson Ave., Suite 2100
Detroit, MI  48226
(313) 733-3939
aclopton@jonesday.com

Mark J. Zausmer (P31721)
Michael A. Schwartz
ZAUSMER, P.C.
32255 Northwestern Hwy, Suite 225
Farmington Hills, MI  48334
(248) 851-4111
mzausmer@zausmer.com
mschwartz@zausmer.com

*Counsel for Defendants*