## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MELVIN GENE TUCKER II,

               Plaintiff,

v.

BOARD OF TRUSTEES OF MICHIGAN
STATE UNIVERISTY, TERESA K.
WOODRUFF, ALAN HALLER, and BRIAN
QUINN, each as an employee and member of
the Administration of Michigan State
University sued in their individual capacities
jointly and severally; DIANNE BYRUM,
DAN KELLY, SANDY PIERCE, KELLY
TEBAY, DENNIS DENNO, RENEE
KNAKE JEFFERSON, BRIANNA T.
SCOTT, and REMA VASSAR, each a
member of the BOARD OF TRUSTEES of
Michigan State University, sued in their
individual capacities, jointly and severally,

               Defendants.

Case No. 1: 24-cv-00795

Hon. Paul L. Maloney

Magistrate Judge Phillip J. Green

---

## STIPULATED ORDER FOR SUBSTITUTION OF COUNSEL
## FOR DEFENDANTS DENNO AND VASSAR

      IT IS HEREBY STIPULATED AND AGREED that Maurice G. Jenkins and Elyse K.

Culberson of Jackson Lewis P.C. shall be substituted for Mark J. Zausmer and Michael A.

Schwartz of Zausmer, P.C. as counsel of record for Defendants Dennis Denno and Rema Vassar

in the above-entitled lawsuit.

      IT IS SO ORDERED.

Date:  February 12, 2025

     /s/ Paul L. Maloney
_____
Paul L. Maloney
United States District Judge

WE HEREBY STIPULATE TO THE FOREGOING:

ZAUSMER, P.C.                              JACKSON LEWIS P.C.

/s/ Mark J. Zausmer (with consent)        /s/ Maurice G. Jenkins
Mark J. Zausmer (P31721)                  Maurice G. Jenkins (P33803)
Michael A. Schwartz (P74361)              Elyse K. Culberson (P82132)
Attorneys for Defendants                  2000 Town Center, Suite 1650
32255 Northwestern Hwy, Suite 225         Southfield, Michigan 48075
Farmington Hills, MI 48334                (248) 936-1900
(248) 851-4111                            maurice.jenkins@jacksonlewis.com
mzausmer@zausmer.com                      elyse.culberson@jacksonlewis.com
mschwartz@zausmer.com

Dated: February 7, 2025